```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**GAYLORD OTTERBACHER,** *et al.***,**

       **Plaintiffs,**

   **vs.**                               **Civil Action 2:12-CV-1007**
                                                          **Judge Frost**
                                                          **Magistrate Judge King**

**CIRCLEVILLE PUMPKIN SHOW, INC.,**

       **Defendant.**

## ORDER

On April 2, 2013, defendant filed a motion to compel responses to discovery requests. Doc. No. 11. No response has been filed.

Accordingly, defendant's motion to compel, Doc. No. 11, is **GRANTED**. Plaintiffs are **ORDERED** to serve complete responses to the discovery requests identified in defendant's motion within seven (7) days from the date of this *Order*.

Plaintiffs are **ADVISED** that their failure to comply with this *Order* may result in sanctions, including the dismissal of this action.

<u>April 29, 2013</u>                                          <u>*s/Norah McCann King*</u>
                                                                         Norah M$^c$Cann King
                                                      United States Magistrate Judge