```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**GAYLORD OTTERBACHER**, *et al.*,

      Plaintiffs,

  vs.                                    Civil Action 2:12-CV-1007
                                                  Judge Frost
                                                  Magistrate Judge King

**CIRCLEVILLE PUMPKIN SHOW, INC.**,

      Defendant.

## ORDER

On April 2, 2013, defendant filed a motion to compel responses to discovery requests. Doc. No. 11. No response has been filed.

Accordingly, defendant's motion to compel, Doc. No. 11, is **GRANTED**. Plaintiffs are **ORDERED** to serve complete responses to the discovery requests identified in defendant's motion within seven (7) days from the date of this *Order*.

Plaintiffs are **ADVISED** that their failure to comply with this *Order* may result in sanctions, including the dismissal of this action.


April 29, 2013                                      *s/Norah McCann King*
                                                      Norah M<sup>c</sup>Cann King
                                                United States Magistrate Judge